IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AT EL PASO

| | | |
|---|---|---|
| TERESA AUGUST, | § | |
| | § | |
| Plaintiff, | § | CASE NO. 3:20-cv-00059-PRM |
| | § | |
| v. | § | (Upon removal from the 41st Judicial |
| | § | District Court, El Paso County, Texas |
| ADT INC.; and ADT L.L.C., Individually, | § | Cause No. 2020dcv0528) |
| d/b/a ADT Security Systems, a/k/a ADT | § | |
| Security Solutions, a/k/a ADT Security | § | (JURY) |
| Services, and d/b/a Protection One, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Defendants ADT, Inc.[1]; and ADT LLC, d/b/a Protection One, hereby notify the Court that the parties have reached a settlement as to all claims in this matter, and are in the process of completing settlement documentation and dismissal pleadings. It is anticipated that this process should take no more than 45 days. The parties intend to file a stipulated dismissal with prejudice within 45 days of submission of this Notice, and pray that the Court stay all proceedings until that time.

DATED this 2nd day of September, 2020.

                                              Respectfully submitted,

                                              SHOOK, HARDY & BACON L.L.P.


                                        By: */s/ Tanya L. Chaney*
                                               Tanya L. Chaney
                                               Texas Bar No. 24036375
                                               JPMorgan Chase Tower

---

[1] Plaintiff has incorrectly joined ADT, Inc., a holding company that has no business relationship with either Plaintiff or her employer (Southwest Convenience Stores, d/b/a 7-Eleven #59321).

4820-3896-7753 v1

2

600 Travis Street
Suite 3400
Houston, TX 77002-2926
Telephone: 713-227-8008
Facsimile: 713-227-9508
tchaney@shb.com

Kurt G. Paxson
MOUNCE, GREEN, MYERS, SAFI,
PAXSON & GALATZAN, P.C.
P.O. Box 19797 (79950)
100 North Stanton
Suite 1000
El Paso, TX 79901
Telephone: 915-532-2000
Facsimile: 915-541-1597
paxson@mgmsg.com

***Attorneys for Defendants***
***ADT, Inc.; and***
***ADT LLC, d/b/a Protection One***

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of September, 2020, the foregoing was presented to the Clerk of Court for filing, uploading, and service upon all counsel of record via the CM/ECF system, as follows:

Alexandria Kellner Zant, *Pro Hac Vice*
ZANT LAW FIRM P.C.
1444 Montana Avenue
Suite 101
El Paso, TX  79902
Telephone:  915-799-0993
Facsimile:  915-208-4545
azant@zantlawfirm.com

*Attorneys for Plaintiff*
*Teresa August*

                                          */s/ Tanya L. Chaney*
                                          Tanya L. Chaney