IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| TERESA AUGUST,<br>    Plaintiff,<br><br>v.<br><br>ADT, INC. and ADT L.L.C.,<br>individually, d/b/a<br>PROTECTION ONE,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-20-CV-59-PRM |

## FINAL JUDGMENT

On this day, the Court dismissed the above-captioned cause. The Court now enters Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS ORDERED** that all settings in this matter are **VACATED**.

It is **FURTHER ORDERED** that all pending motions in this case, if any, are **DENIED AS MOOT**.

FINALLY, **IT IS ORDERED** that the Clerk shall **CLOSE** this case.

SIGNED this 30 day of September, 2020.

PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE